

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-13-00558-CV

**BRUINGTON ENGINEERING, LTD.,**
Appellant

v.

**PEDERNAL ENERGY, LLC,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A Lopez, Judge Presiding

# O R D E R

Appellant's reply brief was due on March 10, 2014. *See* TEX. R. APP. P. 38.6(c). On March 26, 2014, Appellant filed an unopposed first motion for extension of time to file the reply brief and the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is deemed timely filed. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court